## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **PATRICK CASSIDY** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO.  4:16-cv-0584-RAS** |
| | § | **Jury Demanded** |
| **THE TRAVELERS CASUALTY** | § | |
| **COMPANY OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the court in the above styled and numbered cause is the parties' Stipulation of Dismissal filed May 19, 2017 [de #14]. By their Stipulation the parties inform the court that all matters in controversy have been resolved and that this case may be dismissed with prejudice, with each party bearing his/its own costs. Having considered the Stipulation of Dismissal, the court makes and delivers the following ruling:

IT IS ORDERED that this civil action, including all claims and causes of action which were or could have been asserted herein by Plaintiff against Defendant is in all respects dismissed with prejudice to the refiling of same, with court costs to be borne by the party incurring same.

This Order disposes of all claims among all parties and constitutes final judgment herein.

**SIGNED this the 25th day of May, 2017.**

_Richard A. Schell_

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE